

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00313-CV

| | | |
|---|---|---|
| Marcy Clare Campbell | § | From the 322nd District Court |
| | § | of Tarrant County (322-488087-10) |
| v. | | |
| | § | May 15, 2014 |
| James Kevin Campbell | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the statement that the property division "is a just and right division of the parties' marital estate having due regard for the rights of each party." It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that Appellant Marcy Clare Campbell shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot